IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN MODERN HOME INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 1:13-CV-01263 JUDGE J. DANIEL BREEN |
| COMMUNITY SOUTH BANK, | ) ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

The plaintiff, American Modern Home Insurance Company, by and through counsel, pursuant to Rule 41(a)(1)(A)(i), provides notice of voluntary dismissal of this matter, without prejudice to their right to re-file the same.

Dated this 25th day of November, 2013.

        Respectfully submitted,

        TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC

        BY:  /s/ L. Gino Marchetti, Jr.
             L. Gino Marchetti, Jr.  #5562
             Keith W. Blair  #15366
             2908 Poston Avenue
             Nashville, TN 37203
             (615) 320-3225
             (615) 320-3244 Fax
             kblair@tpmblaw.com
             gmarchetti@tpmblaw.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been forwarded to the following via United States Mail and electronic mail to:

Kate K. Van Namen
Wyatt, Tarrant & Combs, LLP
The Renaissance Center
1715 Aaron Brenner Dr., Suite 800
Memphis, Tennessee  38120-4367

Robert E. Craddock, Jr.
Wyatt, Tarrant & Combs, LLP
The Renaissance Center
1715 Aaron Brenner Dr., Suite 800
Memphis, Tennessee  38120-4367

This 25th day of November, 2013.

                                                  s/ L. Gino Marchetti, Jr.
                                                L. Gino Marchetti, Jr.