# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**AMERICAN MODERN HOME INSURANCE COMPANY,**

Plaintiff,

CASE NUMBER: 1:13-cv-1263-JDB-egb

v.

**COMMUNITY SOUTH BANK,**

Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Notice of Dismissal entered in the above-styled matter on 11/25/2013, this case is hereby voluntarily dismissed without prejudice to their right to re-file the same.

**APPROVED:**

s/J. Daniel Breen
Chief United States District Judge

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**